UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AARON RIFFLE, on Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) ) v. ) ) CRISTY'S PIZZA, INC., et al. ) ) ) Defendants. ) | Case No. 2:19-cv-04750-SDM-CMV<br><br>Judge: Sarah D. Morrison<br><br>Magistrate Judge: Chelsey M. Vascura |

**APPROVAL ORDER**

Before the COURT is NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT, and dismissing the CIVIL ACTION pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

1. All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to the NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court. The terms of the AGREEMENT are incorporated by reference into this APPROVAL ORDER.

2. The COURT has jurisdiction over the claims asserted in the CIVIL ACTION.

3. The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is a fair and reasonable resolution of a bona fide dispute over the amount of wages that might be owed to NAMED PLAINTIFF and POTENTIAL OPT-IN PLAINTIFFS, that it is in the best interests of the SETTLING PARTIES, and that it should be and hereby is approved. Likewise, the determination of the allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT is approved as fair and reasonable. Accordingly, the AGREEMENT is hereby approved in

accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., and it shall be administered in accordance with its terms.

4. The COURT grants PLAINTIFFS' COUNSEL's request for an ATTORNEYS' FEES PAYMENT of $68,333.33 and ATTORNEYS' EXPENSE PAYMENT of up to $2,000.00 to be paid out of the MAXIMUM GROSS SETTLEMENT AMOUNT.

5. The COURT grants the NAMED PLAINTIFF's request for an INCENTIVE AWARD of $5,000.00 to be paid out of the MAXIMUM GROSS SETTLEMENT AMOUNT to the NAMED PLAINTIFF.

6. The COURT appoints ANALYTICS CONSULTING as the Settlement Administrator and approves $7,500.00 to be paid out of the MAXIMUM GROSS SETTLEMENT AMOUNT to ANALYTICS CONSULTING for its work in administering the settlement.

7. The PARTICIPATING PLAINTIFFS irrevocably and unconditionally forever and fully release DEFENDANTS and all RELEASED PARTIES from any and all RELEASED CLAIMS. PARTICIPATING PLAINTIFFS are enjoined from prosecuting any RELEASED CLAIMS against DEFENDANTS or RELEASED PARTIES.

8. The NAMED PLAINTIFF irrevocably and unconditionally forever and fully releases DEFENDANTS and all RELEASED PARTIES from any and all NAMED PLAINTIFF'S RELEASED CLAIMS. NAMED PLAINTIFF is enjoined from prosecuting any NAMED PLAINTIFF'S RELEASED CLAIMS against DEFENDANTS or RELEASED PARTIES.

9. This APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFF, PARTICIPATING PLAINTIFFS and DEFENDANTS.

- 3 -

10. The CIVIL ACTION is DISMISSED in its entirety, without costs to any party, except to the extent otherwise expressly provided in the AGREEMENT. The DISMISSAL will become a DISMISSAL WITH PREJUDICE thirty (30) days after the close of the check cashing period.

11. The COURT retains jurisdiction with respect to the interpretation, implementation and enforcement of the terms of the AGREEMENT and all orders and judgments entered in connection with the AGREEMENT.

**IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        SARAH D. MORRISON
                                        UNITED STATES DISTRICT JUDGE